**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

January 7, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 15C
New York, N.Y. 10007-1312
(212) 805-0226

Re:   Juan Igartua v. Cannabis Realm of New York, LLC
       Case No. 1:24-cv-06944 (LJL)
       **Letter Requesting Adjournment of Pretrial Conference**

Dear Judge Liman,

We represent Plaintiff Juan Igartua in the above-referenced matter. We write in advance of the Initial Pretrial Conference currently scheduled for later today, January 7, 2025, at 2:00pm. To date, Defendant has not appeared or answered the Complaint.

Plaintiff initiated this action by filing a Complaint on September 13, 2024 (ECF No. 1). Defendant was served with the Complaint on September 25, 2024. On January 7, 2025, the affirmation of service reflecting said service was efiled (ECF No. 7). Based upon the service date, Defendant's Answer was due October 16, 2024, however we have not heard from Defendant or counsel since they were served.

Due to unforeseen staffing issues in our office, we did not promptly address Defendant's failure to appear, respond, or otherwise engage in this matter. Our office experienced significant disruptions following the departure of key personnel, including our lead counsel for the ADA Division and a senior paralegal, both of whom were integral to the management and prosecution of our cases. Their simultaneous departure left us without critical resources, resulting in delays in

our ability to effectively prosecute this case. Upon discovering the oversight due to the staffing issues, we took immediate steps to rectify the situation. Recognizing the gravity of the situation, we swiftly restructured our team and redistributed workloads to ensure that all pending matters, including this case, were addressed without further delay. We have now fully resolved these staffing issues and have re-established a stable and effective workflow.

Additionally, we assure the Court that the Defendant has not been prejudiced by this delay. The Defendant has not yet answered or otherwise responded to the Complaint, and no substantive proceedings have occurred that would be adversely affected by the delay. The brief postponement has allowed us to ensure that all necessary preparations are in place to proceed without further interruption.

We assure the Court that we are now prepared to comply with all deadlines and procedures henceforth.

We respectfully request an adjournment of the Initial Pretrial Conference of approximately 30 days so that our office can continue to attempt reaching the Defendant. If we are not able to reach the Defendant, then we would request leave to proceed with the default judgment process by the end of January 2025 or a date convenient for Court.

Thank you for your consideration.

The initial pretrial conference scheduled for January 7, 2025, is adjourned to February 6, 2025 at 3PM.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

January 7, 2025

Sincerely,

Arjeta Albani, Esq.
JOSEPH & NORINSBERG, LLC
*Attorneys For Plaintiff*
110 East 59th Street
Suite 2300
New York, New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com