UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUAN IGARTUA, on behalf of himself and all other

Plaintiff(s),

- against -

CANNABIS REALM OF NEW YORK, LLC

Defendant(s),
------------------------------------------------------------X

24 Civ. 6944 (LJL)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 13, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) CANNABIS REALM OF NEW YORK, LLC, by personally serving c/o Eyasser Noboa, 600 WEST 204TH STREET, Apt. 21, NEW YORK, and proof of service was therefore filed on January 7, 2025, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
February 4, 20 25

TAMMI M. HELLWIG
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 3/2015