UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUAN IGARTUA, on behalf of himself and all other

Plaintiff(s),

- against -

CANNABIS REALM OF NEW YORK, LLC

Defendant(s),
------------------------------------------------------------X

24 Civ. 6944 (LJL)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 13, 202_ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) CANNABIS REALM OF NEW YORK, LLC, by personally serving c/o Eyasser Noboa, 600 WEST 204TH STREET, Apt. 21, NEW YORK, and proof of service was therefore filed on January 7, 2025, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**
February 4, 20 25

TAMMI M. HELLWIG
Clerk of Court

By: _____
Deputy Clerk