USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
JUAN IGARTUA,

            Plaintiff,

    -v-

CANNABIS REALM OF NEW YORK, LLC,

            Defendant.
-------------------------------------------------------------------- X

24-cv-6944 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    An initial pretrial conference was held on February 6, 2025. Defendant did not appear. The initial pretrial conference is adjourned to February 26, 2025 at 3:00 PM. The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use conference ID# 358639322.

    SO ORDERED.

Dated: February 6, 2025
       New York, New York

                                          LEWIS J. LIMAN
                                   United States District Judge