```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JUAN IGARTUA,                                                  :
                                                               :
                         Plaintiff,                            :
                                                               :
        -v-                                                    :       24-cv-6944 (LJL)
                                                               :
CANNABIS REALM OF NEW YORK, LLC,                               :       ORDER
                                                               :
                         Defendant.                            :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Plaintiff initiated this case by filing a complaint on September 13, 2024. Dkt. No. 1. Defendant failed to respond to the complaint or to otherwise appear in this action. On February 5, 2025, the Clerk of Court issued a certificate of default as to Defendant. Dkt. No. 15. An initial pretrial conference was held on February 6, 2025. Dkt. No. 16. Defendant did not appear. *Id.* The conference was adjourned to February 26, 2025, *id.* but Defendant again failed to appear at the conference on that date.

Plaintiff may move for default judgment by March 10, 2025. Defendant may respond to the motion for default judgment no later than March 24, 2025. Plaintiff may file a reply in support of his motion for default judgment no later than seven days after Defendant's response, if any.

The Court will hold a telephonic hearing on the motion for default judgment on April 3, 2025 at 10 AM. The parties are directed to dial 646-453-4442, and enter conference ID 358639322 followed by the pound (#) key.

SO ORDERED.

Dated: February 27, 2025
       New York, New York                              _____
                                                            LEWIS J. LIMAN
                                                            United States District Judge