UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CANNABIS REALM OF NEW YORK, LLC, <br><br> Defendant. | Case No.: 1:24-cv-06944-LJL <br><br> **MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

**PLEASE TAKE NOTICE** that Plaintiff Juan Igartua, pursuant to Federal Rules of Civil Procedure 55(b) moves this Court for a default judgment and permanent injunction against Defendant Cannabis Realm of New York, LLC.

Pursuant to the Court's Order dated February 27, 2025, "Defendant may respond to the motion for default judgment no later than March 24, 2025. Plaintiff may file a reply in support of his motion for default judgment no later than seven days after Defendant's response, if any. The Court will hold a telephonic hearing on the motion for default judgment on April 3, 2025 at 10 AM. The parties are directed to dial 646-453-4442, and enter conference ID 358639322 followed by the pound (#) key." (Docket No. 17).

The grounds for this motion are set forth in the accompanying Affirmation in Support and Memorandum of Law.

Dated: March 10, 2025
       New York, New York

                                                    Respectfully,

                                                    **Joseph & Norinsberg, LLC**

*[signature]*

_____
Arjeta Albani, Esq.
Joseph & Norinsberg, LLC
*Attorney for Plaintiff*
110 East 59th Street, Suite 2300
New York, NY 10022
(212) 227-5700
arjeta@norinsberglaw.com